IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH TRENT MOSBY,<br><br>Plaintiff,<br><br>vs.<br><br>MR. FRICKY, c/o (FNU); MR. OSTWALD, c/o (FNU); MRS. EARLY, Captain (FNU); CARE SOLUTIONS, INC, (And Staff); TIMOTHY DUNNING, Sheriff; DOUGLAS COUNTY BOARD OF COMISSIONERS, UNIVERSITY OF NEBRASKA MEDICAL CENTER, UNKNOWN SECURITY GUARDS, and CHIEF HEAD OF SECURITY, (John Doe);<br><br>Defendants. | 8:19CV142<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On April 23, 2019, the clerk of the court sent an order to Plaintiff at his last known address and it was returned to this court as undeliverable. (*See* Filing No. 11.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **June 5, 2019**: check for address.

Dated this 6th day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge