IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH TRENT MOSBY,<br><br>Plaintiff,<br><br>vs.<br><br>MR. FRICKY, c/o (FNU); MR. OSTWALD, c/o (FNU); MRS. EARLY, Captain (FNU); CARE SOLUTIONS, INC, (And Staff); TIMOTHY DUNNING, Sheriff; DOUGLAS COUNTY BOARD OF COMISSIONERS, UNIVERSITY OF NEBRASKA MEDICAL CENTER, UNKNOWN SECURITY GUARDS, and CHIEF HEAD OF SECURITY, (John Doe);<br><br>Defendants. | 8:19CV142<br><br>**MEMORANDUM AND ORDER** |

On May 6, 2019, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. ([Filing No. 12](#).) To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. Plaintiff's pending motion ([filing no. 4](#)) is denied as moot.

3. The court will enter judgment by a separate document.

Dated this 12th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge